IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| VS. | ) | NO. 07-CR-30046-001-DRH |
| DONALD F. CHASTAIN, | ) | |
| Defendant. | ) | |

## O R D E R

**HERNDON, Chief Judge**

This matter is before the Court for case management. On April 23, 2007, the above case was received by this Court as a Transfer of Jurisdiction of Supervised Release as to Donald F. Chastain. On June 11, 2009, a motion to revoke supervised release was filed in this case, and on June 15, 2009, a similar motion to revoke supervised release was filed in Case No. 95-CR-40068-001-JPG. The motions to revoke contain the same set of facts. Cognizant of the Seventh Circuit's position that related cases filed within the same U. S. District Court should be transferred to a single District Judge, **see, e.g. Smith v. Check-N-Go of Illinois, Inc., 200 F.3d 511, 513 n.1 (7th Cir. 1999);** *Blair v. Equifax Check Services, Inc.*, **181 F.3d 832, 839 (7th Cir. 1999)**, the Court **TRANSFERS** this revocation matter to District Judge J. Phil Gilbert for further proceedings.

**IT IS SO ORDERED.**

**DATED:** June 22, 2009.

/s/     *David R. Herndon*
CHIEF JUDGE
U.S. DISTRICT COURT