≜AO 245D   Case 3:07-cr-30046-JPG   Document 36   Filed 06/29/10   Page 1 of 2   Page ID #54
(Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DONALD F. CHASTAIN | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release) |

Case No. 07CR30046-001-JPG

USM No. 03540-025

Judith A. Kuenneke, AFPD
<br>Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   as alleged below   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant committed the offense of Public Indecency and Disorderly Conduct | 05/18/2010 |
| Standard # 3 | The defendant failed to call On-Site Drug Testing Program | 04/14/2010 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 3246

Defendant's Year of Birth:   1965

City and State of Defendant's Residence:
Murphysboro, IL

06/24/2010
<br>Date of Imposition of Judgment

_signature_
<br>Signature of Judge

J. Phil Gilbert                                District Judge
<br>Name and Title of Judge

June 29 2010
<br>Date

*FILED JUN 29 2010 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF ILLINOIS BENTON OFFICE*

Judgment — Page 2 of 2

DEFENDANT: DONALD F. CHASTAIN
CASE NUMBER: 07CR30046-001-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:

8 months (This sentence is to run consecutive to the sentence in 95CR40068-001)

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant receive mental health counseling.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL